IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON LEWIS MOORE,<br>**Plaintiff,** | :<br>:<br>: |
| v. | : **CIVIL ACTION NO. 19-CV-0098** |
| CURRAN-FROMHOLD<br>CORRECTIONAL FACILITY,<br>**Defendants.** | :<br>:<br>:<br>: |

## ORDER

AND NOW, this 10 day of January, 2019, upon consideration of *pro se* Plaintiff Aaron Louis Moore's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Moore's Complaint is **DISMISSED with prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum. Moore may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
CHAD F. KENNEY, J.